**2002–1419. State v. Myers.**
Medina App. Nos. 3260–M and 3261–M, 2002-Ohio-3195. Reported at 97 Ohio St.3d 1424, 2002-Ohio-5820, 777 N.E.2d 278. On motion for reconsideration of Richard A. Myers and George D. Pamer.

Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.